**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARGARET GANSMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:16-cv-3820-LDD |
| RESOURCE AMERICA, INC., MICHAEL J. BRADLEY, CARLOS C. CAMPBELL, JONATHAN Z. COHEN, EDWARD E. COHEN, DONALD W. DELSON, HERSH KOZLOV, ANDREW M. LUBIN, RICHARD REISS, JR., JOHN S. WHITE, C-III CAPITAL PARTNERS LLC, and REGENT ACQUISITION INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Resource America Inc. ("Resource America") by C-III Capital Partners LLC ("Parent") and its wholly-owned subsidiary, Regent Acquisition Inc. ("Merger Sub," and together with Parent, "C-III") pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around May 22, 2016 (the "Transaction");

WHEREAS, the Action asserted claims for violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by Defendants alleged to have been made in Resource America's Definitive Proxy Statement (the "Proxy") filed with the SEC on or around July 14, 2016;

WHEREAS, on or around August 10, 2016, Resource America filed a Supplement to the Proxy on Form 8-K that Plaintiff believes addressed and mooted his claims regarding the sufficiency of the disclosures in the Proxy (the "Supplemental Disclosures");

WHEREAS, prior to their dissemination plaintiff and her counsel reviewed and commented upon the Supplemental Disclosures, which comments Resource America incorporated therein;

WHEREAS, in connection with those negotiations, Resource America produced to plaintiff certain non-public documents considered by its Board of Directors in connection with the decision to approve the Transaction, including a presentation by the Company's financial advisor;

WHEREAS, it is the current intention of counsel for Plaintiff to submit an application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application") by Resource America in connection with the claims mooted by the Supplemental Disclosures;

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose the amount of any potential Fee and Expense Application;

WHEREAS, no class has been certified in the Action, which contained two counts, each of which were brought individually by Plaintiff against the defendants

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiffs or attorneys and no promise, understanding, or agreement to give any such compensation has been made;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2016 that:

1.    The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff and without prejudice as to any absent class members.

2.    Because the dismissal is with prejudice as to Plaintiff only and not on behalf of a putative class, notice of this dismissal is not required.

3.    The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee and Expense Application, if that becomes necessary.

4.    This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee and Expense Application, which includes the Defendants' right to challenge the amount of the Fee and Expense Application.

5.    To the extent that the parties are unable to reach an agreement concerning the Fee and Expense Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6.    Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding plaintiffs' fee and expense application at a time convenient to the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

7.     If the parties reach an agreement concerning the Fee and Expense Application, they will notify the Court.  Upon such notification, the Court will close the Action.

Dated: September 14, 2016

**PROFY PROMISLOFF
  & CIARLANTO, P.C.**

By:   */s/ Jeffrey J. Ciarlanto*

Joseph M. Profy (ID# 77141)
David M. Promisloff (ID# 200971)
Jeffrey J. Ciarlanto (ID# 205838)
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Tel.: (215) 259-5156
profy@prolawpa.com
david@prolawpa.com
ciarlanto@prolawpa.com

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Tel.: (484) 588-5516

*Attorneys for Plaintiff*

September 14, 2016

**DUANE MORRIS LLP**

By:   */s/ Patrick J. Loftus*

Patrick J. Loftus (ID# 60417)
30 S. 17th St.
Philadelphia, PA 19103
Tel.: (215) 979-1367
loftus@duanemorris.com

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN
  & KATZ**
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

*Attorneys for Defendant Resource
America and the Individual Defendants*

4

September 14, 2016

**PROSKAUER ROSE LLP**

By:  */s/ Stephen R. Chuk*

Stephen R. Chuk (ID# 309715)

OF COUNSEL:

1001 Pennsylvania Avenue, NW
Suite 600 South

**PROSKAUER ROSE LLP**

Washington, DC 20004-2533

Peter D. Doyle, Esquire

d 202.416.6697

Eleven Times Square

schuk@proskauer.com

New York, NY 10036-8299
Tel.: (212) 969-3688

*Attorneys for Defendants C-III Capital*
*Partners, LLC, and Regent Acquisition,*
*Inc.*

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2016.

Honorable Legrome D. Davis
U.S. District Court
Eastern District of Pennsylvania

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, I electronically filed the foregoing Stipulation of Dismissal and [Proposed] Order with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system and, as a result, electronic notice of the filing was served upon all attorneys of record.

Dated: September 14, 2016

/s/ Jeffrey J. Ciarlanto
Jeffrey J. Ciarlanto, Esq. (PA #205838)
**Profy Promisloff & Ciarlanto, P.C.**
100 N 22nd Street, Unit 105
Philadelphia, PA 19103
Tel: (215) 259-5156
Fax: (215) 600-2642
Ciarlanto@prolawpa.com