### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARGARET GANSMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
|  | ) | Case No. 2:16-cv-3820-LDD |
| v. | ) ) | |
| RESOURCE AMERICA, INC., MICHAEL J. BRADLEY, CARLOS C. CAMPBELL, JONATHAN Z. COHEN, EDWARD E. COHEN, DONALD W. DELSON, HERSH KOZLOV, ANDREW M. LUBIN, RICHARD REISS, JR., JOHN S. WHITE, C-III CAPITAL PARTNERS LLC, and REGENT ACQUISITION INC., | ) ) ) ) ) ) ) ) ) ) | **FILED** **MAY 16 2017** KATE BARKMAN, Clerk By_____Dep. Clerk |
| Defendants. | ) ) | |

### STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Resource America Inc. ("Resource America") by C-III Capital Partners LLC ("Parent") and its wholly-owned subsidiary, Regent Acquisition Inc. ("Merger Sub," and together with Parent, "C-III") pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around May 22, 2016 (the "Transaction");

WHEREAS the Action asserted claims for violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by Defendants alleged to have been made in Resource America's Definitive Proxy Statement (the "Proxy") filed with the SEC on or around July 14, 2016;

WHEREAS, on or around August 10, 2016, Resource America filed a Supplement to the Proxy on Form 8-K that Plaintiff believes addressed and mooted her claims regarding the sufficiency of the disclosures in the Proxy (the "Supplemental Disclosures");

WHEREAS, prior to their dissemination Plaintiff and her counsel reviewed and commented upon the Supplemental Disclosures, which comments Resource America incorporated therein;

WHEREAS, in connection with those negotiations, Resource America produced to Plaintiff certain non-public documents considered by its Board of Directors in connection with the decision to approve the Transaction, including a presentation by the Company's financial advisor;

WHEREAS, on September 14, 2016, the parties filed a Stipulation and [Proposed] Order of Dismissal with the Court (the "Initial Dismissal Stipulation") (D.I. #14). The Initial Dismissal Stipulation, among other things, set forth the intention of counsel for Plaintiff to submit an application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application") by Resource America in connection with the claims mooted by the Supplemental Disclosures. The Initial Dismissal Stipulation also reflected that all of the defendants in the Action reserved all rights, arguments and defenses, including the right to oppose the amount of any potential Fee and Expense Application;

WHEREAS, the Court has not yet entered the Initial Dismissal Stipulation;

WHEREAS, subsequent to the filing of the Initial Dismissal Stipulation, the parties engaged in good faith negotiations in an attempt to resolve the Fee and Expense Application;

WHEREAS, the parties have reached agreement to resolve the Fee and Expense Application for a payment to counsel for Plaintiff in the amount of $150,000.00;

2

WHEREAS, no class has been certified in the Action, which contained two counts, each of which were brought individually by Plaintiff against the defendants.

WHEREAS, defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff and without prejudice as to any absent class members.

2. Because the dismissal is with prejudice as to Plaintiff only and not on behalf of a putative class, notice of this dismissal is not required.

Dated: April 26, 2017

**PROFY PROMISLOFF & CIARLANTO, P.C.**

By: */s/ Jeffrey J. Ciarlanto*
Joseph M. Profy (ID# 77141)
David M. Promisloff (ID# 200971)
Jeffrey J. Ciarlanto (ID# 205838)
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Tel.: (215) 259-5156
profy@prolawpa.com
david@prolawpa.com
ciarlanto@prolawpa.com

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Tel.: (484) 588-5516

*Attorneys for Plaintiff*

Dated: April 26, 2017

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

**DUANE MORRIS LLP**

By:   */s/ Patrick J. Loftus*
      Patrick J. Loftus (ID# 60417)
      30 S. 17th St.
      Philadelphia, PA 19103
      Tel.: (215) 979-1367
      loftus@duanemorris.com

*Attorneys for Defendant Resource America and the Individual Defendants*

4

Dated: April 26, 2017                           **PROSKAUER ROSE LLP**

By:  */s/ Stephen R. Chuk*
Stephen R. Chuk (ID# 309715)

OF COUNSEL:                                     1001 Pennsylvania Avenue, NW
Suite 600 South

**PROSKAUER ROSE LLP**                          Washington, DC 20004-2533
Peter D. Doyle, Esquire                         d 202.416.6697
Eleven Times Square                             schuk@proskauer.com
New York, NY 10036-8299
Tel.: (212) 969-3688                            *Attorneys for Defendants C-III Capital Partners, LLC, and Regent Acquisition, Inc.*

**IT IS SO ORDERED.**

Dated this ⏐u⁺ day of ⏐⏑-⏑⏑⏑ , 2017.

**/s/ Legrome D. Davis**

Honorable Legrome D. Davis
U.S. District Court
Eastern District of Pennsylvania

5